UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. **08 MJ 0793** |
| | ) | |
| Plaintiff, | ) | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | BY              DEPUTY |
| | ) | Title 8, U.S.C., Section 1326 |
| **Jesus DIAZ-Lopez,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 10, 2008,** within the Southern District of California, defendant, **Jesus DIAZ-Lopez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th DAY** OF **MARCH 2008**

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jesus DIAZ-Lopez**

## PROBABLE CAUSE STATEMENT

On March 10, 2008, at approximately 5:00 PM, Border Patrol Agent M. Slack was performing line watch duties in an area known as the 90's. This area is approximately five miles west of the San Ysidro, California Port of Entry and 200 yards north of the United States/Mexico International Boundary. Upon arrival to the area, Agent Slack assisted other Agents by searching the area due to a seismic sensor activation. Agent Slack found five individuals attempting to conceal themselves in some dense brush. Agent Slack approached the five individuals, identified herself as a United States Border Patrol Agent and proceeded to conduct an immigration inspection. All individuals, including one later identified as the defendant **Jesus DIAZ-Lopez**, admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to be or remain in the United States legally. At approximately 5:20 PM, Agent Slack placed all five individuals under arrest and had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **October 31, 2001** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.