1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           ) Case No. 08MJ0793
                                        )
11           Plaintiff,                 )
                                        )
12  v.                                  ) **<u>NOTICE OF APPEARANCE</u>**
                                        )
13  **JESUS DIAZ-LOPEZ,**               )
                                        )
14           Defendant.                 )
                                        )
15  _____)

16         Pursuant to implementation of the CM/ECF procedures in the Southern District of California ,

17  Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

18  counsel in the above-captioned case.

19                                  Respectfully submitted,

20

21  Dated: March 24, 2008           */s/ Robert R. Henssler, Jr.*
                                     **ROBERT R. HENSSLER, JR.**
22                                   Federal Defenders of San Diego, Inc.
                                     Robert_Henssler@fd.org
23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3    information and belief, and that  a copy of the foregoing document has been served this day upon:

4    U S Attorneys Office Southern District of California
     880 Front Street
5    Room 6293
     San Diego, CA 92101
6    (619)557-5610
     Fax: (619)557-5917
7    Email: Efile.dkt.gc2@usdoj.gov

8

9    DATED: March 24, 2008                    */s/ Robert R. Henssler, Jr.*
                                              **ROBERT R. HENSSLER, JR.**
10                                            Federal Defenders of San Diego, Inc.
                                              Robert_Henssler@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28