# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
JESUS DIAZ - LOPEZ )

CASE NUMBER 08mj793

ABSTRACT OF ORDER

Booking No. 07811298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **4/1/08** the Court entered the following order:

- **X** Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ___ years.
- ___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- **X** Case Dismissed. (GOV ORAL MOTION)
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

**Leo S. Papas**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9 (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY