**Minutes of the United States District Court**
**Southern District of California**
**April 1, 2008**

HON. **LEO S. PAPAS**                    DEPUTY CLERK: **J. JARABEK**

---

TAPE NO. LSP08-1; 9:52-10:01; 10:07-10:11

08MJ793-LSP          USA     vs.     JESUS DIAZ-LOPEZ - 07811298 (C)

PRELIMINARY HEARING

ROBERT HENSSLER (S/A), FEDERAL DEFENDERS

AUSA: JAMES MELENDRES

---

GOVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED

ABSTRACT ISSUED TO USM

5 MINUTES